Note: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1191
(Serial No. 07/631,240)

IN RE SANG SU LEE

Robert E. Bushnell, of Washington, DC, argued for appellant. With him on the brief was Richard H. Stern.

Thomas W. Krause, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Arlington, Virginia, argued for the Director of the United States Patent and Trademark Office. With him on the brief were Stephen Walsh, Acting Solicitor, and Raymond T. Chen, Associate Solicitor. Of counsel was Sydney O. Johnson, Jr., Associate Solicitor.

Appealed from: United States Patent and Trademark Office,
Board of Patent Appeals and Interferences

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1191
(Serial No. 07/631,240)

IN RE SANG SU LEE

# JUDGMENT

ON APPEAL from the   United States Patent and Trademark Office
                     Board of Patent Appeals and Interferences

In CASE NO(S).       Serial No. 07/631,240

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:   AFFIRMED.  See Fed. Cir. R. 36

Per Curiam (NEWMAN, GAJARSA, and DYK, Circuit Judges).

                                    ENTERED BY ORDER OF THE COURT

DATED:___January 22, 2008___          ___/ s / Jan Horbaly_____
                                          Jan Horbaly, Clerk